IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CASEY D. COPELAND                                                          PLAINTIFF

v.                                    No. 4:21-cv-477-DPM

MARTY SULLIVAN, In his Official Capacity
as Director, Arkansas Administrative Office
of the Courts, and STASIA BURK MCDONALD,
In her Official Capacity as Director of the
Administrative Office of the Courts'
Dependency-Neglect Attorney
Ad Litem Program                                                          DEFENDANTS

## ORDER

For the reasons stated on the record at the 6 August 2021 hearing, Copeland's motion for preliminary injunction, *Doc. 2*, is granted. The Court orders Sullivan and McDonald, in their official capacities with the Administrative Office of the Courts, to reinstate Copeland to the remainder of his 2020–21 contract for the amount of time between his firing and the contract's expiration and to renew his contract for the year following that term. A Final Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 August 2021