IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CASEY D. COPELAND                                                    PLAINTIFF

v.                              No. 4:21-cv-477-DPM

MARTY SULLIVAN, In his Official Capacity
as Director, Arkansas Administrative Office
of the Courts, and STASIA BURK MCDONALD,
In her Official Capacity as Director of the
Administrative Office of the Courts'
Dependency-Neglect Attorney
Ad Litem Program                                                     DEFENDANTS

## JUDGMENT

1. At the hearing of Casey D. Copeland's motion for a preliminary injunction, the Court ruled that Copeland's firing was likely retaliatory and in violation of the First Amendment. The Court granted a preliminary injunction, which ordered Marty Sullivan and Stasia Burk McDonald, as officials of the Arkansas Administrative Office of the Courts, to reinstate Copeland to the remainder of his 2020-21 contract for the amount of time between his firing and the contract's expiration and to renew his contract for the year following that term. Sullivan and McDonald complied and, as of 1 September 2021, reinstated Copeland to his former position for a period of fourteen months, split between two contracts for two separate fiscal years. At

the parties' joint request, the Court's preliminary injunction Order is converted into a permanent injunction.

2. Copeland is entitled to a declaration and Judgment against Sullivan and McDonald, in their official capacities, on his First Amendment claim and is entitled to $42,041 in attorney's fees, with post-judgment interest accruing at a rate of .11% *per annum* from today until this Judgment is paid, 28 U.S.C. 1961(a) – (b), and $458.20 in costs.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 October 2021